

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2019

No. 04-19-00022-CV

**IN RE** Cynthia Cadwallader **OCHSE**

Original Mandamus Proceeding[1]

### ORDER

In this original proceeding, relator filed a petition for writ of mandamus and the real parties in interest responded. This court concludes relator is not entitled to the relief sought; therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on May 22, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-05727, styled *William W. Ochse, IV, et al. v. William W. Ochse, III, Individually and As Trustee of the William W. Ochse, III Family 2008 Trust*, pending in the 37th Judicial District Court, Bexar County, Texas. The Honorable Monique Diaz signed the order at issue in this proceeding.